UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiff hereby provides Proof of Service. On 23 August 2021, an Office of Senate Legal Counsel attorney accepted electronic service for Defendants. Also on 23 August 2021, service was effected by Certified Mail on the U.S. Attorney General and the U.S. Attorney's Office for the District of Columbia.

Date:   August 24, 2021

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*