UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHAWN MUSGRAVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK WARNER and ) <br> U.S. SENATE SELECT COMMITTEE ) <br> ON INTELLIGENCE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:21-cv-02198-BAH |

## DEFENDANTS' MOTION TO DISMISS

Defendants U.S. Senate Select Committee on Intelligence and Senator Mark Warner, chairman of the Committee, through undersigned counsel, hereby respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiff's Complaint for lack of jurisdiction and failure to state a claim upon which relief can be granted. In support of the motion, defendants respectfully refer the Court to the accompanying Memorandum of Points and Authorities.

Respectfully submitted,

/s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

                                                    Thomas E. Caballero
                                                    Assistant Senate Legal Counsel

                                                    Office of Senate Legal Counsel
                                                    642 Hart Senate Office Building
                                                    Washington, D.C. 20510-7250
                                                    (202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: October 19, 2021                     Attorneys for Defendants