UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK WARNER and )<br>U.S. SENATE SELECT COMMITTEE )<br>ON INTELLIGENCE, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-02198-BAH |

**[Proposed] ORDER**

Upon consideration of Defendants' Motion to Dismiss, all papers filed in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED; and it is further

ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

Dated: _____                    _____
                                         BERYL A. HOWELL
                                         Chief Judge

Notice to:

Patricia Mack Bryan
Morgan J. Frankel
Grant R. Vinik
Thomas E. Caballero
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250

Attorneys for Defendants


Kelly B. McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Attorney for Plaintiff