AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Shawn Musgrave | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02198-BAH |
| Mark Warner and U.S. Select Comm. on Intelligence | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Mark Warner and U.S. Select Committee on Intelligence     .

Date:   10/19/2021

/s/Thomas E. Caballero
*Attorney's signature*

Thomas E. Caballero
*Printed name and bar number*

Office of Senate Legal Counsel 642 Hart Senate Office Building Washington, DC 20510
*Address*

thomas_caballero@legal.senate.gov
*E-mail address*

(202) 224-4435
*Telephone number*

(202) 224-4777
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of the Court on October 19, 2021, using the CM/EMF system, which will send notification of such filing to all counsel of record.

/s/Thomas E. Caballero
Thomas E. Caballero
