#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S UNOPPOSED MOTION TO SET BRIEFING SCHEDULE

NOW COMES Plaintiff to respectfully request that the Court set a briefing schedule for this case, as described below. Defendants do not oppose this Motion.

Plaintiff has good cause to request this modification. The undersigned filed the complaints in this case and its related companion case *Musgrave v. Manger*, No. 21-2199 (D.D.C.), contemporaneously on 18 August 2021. As a result, the default briefing schedules for the two cases have aligned, with only a few days difference as a result of the choice by Defendants in this case to file their dispositive motion early. Furthermore, the undersigned has been working all week on an *amici curiae* brief in the case *Trump v. Thompson*, No. 21-2769 (D.D.C.), which is following an accelerated briefing schedule due to the plaintiff's filing of a motion for a preliminary injunction and is due 30 October. After conferring with all parties involved in the two cases, Plaintiff asks the Court to enter briefing schedules which stagger the briefings in the two cases. Regarding this case, Plaintiff respectfully ask the Court to set the following briefing schedule:

- Plaintiff's opposition and, if applicable, any cross-motion: 16 November 2021

- Defendants' reply and opposition: 7 December 2021

- Plaintiff's reply: 21 December 2021

Defendants do not oppose this Motion. A proposed Order accompanies this Motion.

Date:   October 29, 2021

                                                  Respectfully submitted,

                                            /s/ Kelly B. McClanahan  
                                           Kelly B. McClanahan, Esq.  
                                           D.C. Bar #984704  
                                           National Security Counselors  
                                           4702 Levada Terrace  
                                           Rockville, MD  20853  
                                           301-728-5908  
                                           240-681-2189 fax  
                                           Kel@NationalSecurityLaw.org

                                           *Counsel for Plaintiff*