## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S CONSENT MOTION TO MODIFY SCHEDULING ORDER

NOW COMES Plaintiff to respectfully request that the Court modify the 1 November 2021 Scheduling Order, as described below. Defendants consent to this Motion.

Plaintiff has good cause to request this modification. As noted in Plaintiff's last scheduling motion, the undersigned represents a group of *amici curiae* in the case *Trump v. Thompson*, No. 21-2769 (D.D.C.), which was appealed to the D.C. Circuit on 9 November and which is now following an accelerated briefing schedule before that court as well. As a result, the undersigned faces a deadline early next week for the *amici curiae* brief to be filed in the Circuit case, in addition to being required to attend several meetings with various executive branch agencies this week in unrelated matters. After conferring with Defendants' counsel, Plaintiff respectfully asks the Court to modify the 1 November Scheduling Order as follows:

- Plaintiff's opposition and, if applicable, any cross-motion: 22 November 2021
- Defendants' reply and opposition: 13 December 2021
- Plaintiff's reply: 28 December 2021

Defendants consent to this Motion. A proposed Order accompanies this Motion.

Date:   November 16, 2021

                                                       Respectfully submitted,

                                                       /s/ Kelly B. McClanahan
                                                       Kelly B. McClanahan, Esq.
                                                       D.C. Bar #984704
                                                     National Security Counselors
                                                     4702 Levada Terrace
                                                     Rockville, MD  20853
                                                     301-728-5908
                                                     240-681-2189 fax
                                                     Kel@NationalSecurityLaw.org

                                                     *Counsel for Plaintiff*