**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE,  *<br>  *<br>   Plaintiff,  *<br>  *<br>v.  *<br>  *<br>MARK WARNER, *et al.*,  *<br>  *<br>   Defendants.  *<br>  * | Civil Action No. 1:21-cv-02198 (BAH) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

NOW COMES Plaintiff to respectfully request that the Court modify the 17 November 2021 Scheduling Order, as described below. Defendants do not object to this Motion.

Plaintiff has good cause to request this modification. A legal scholar has expressed conditional interest in filing an *amicus curiae* brief in this case, but due to his schedule he and the undersigned need additional time to determine if such a brief would be appropriate, what issues it would address, and whether any other scholars would join in the brief. Additionally, the undersigned has been diligently attempting for several weeks to locate archived court records which are directly relevant to the instant case, but due to coronavirus measures at the courthouse and the National Archives, he has met with only limited success. Because of the upcoming holidays and the respective schedules of the undersigned[1] and the potential *amicus curiae*, after conferring with Defendants' counsel, Plaintiff respectfully asks the Court to modify the 17 November Scheduling Order as follows to effectively stay further briefing of this case until after the holidays, as follows:

---

[1] For instance, between 7-17 December the undersigned will be administering oral exams for a significant portion of most business days to his students at the George Washington University Law School.

- Plaintiff's opposition and, if applicable, any cross-motion: 12 January 2022

- Defendants' reply and opposition: 16 February 2022

- Plaintiff's reply: 16 March 2022[2]

Defendants do not object to this Motion. A proposed Order accompanies this Motion.

Date:   November 22, 2021

                                          Respectfully submitted,

                                          /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          4702 Levada Terrace
                                          Rockville, MD  20853
                                          301-728-5908
                                          240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

                                          *Counsel for Plaintiff*

---

[2] This schedule will also allow the parties to stagger the briefing between this case and the related case *Musgrave v. Manger*, No. 21-2199. The undersigned has initiated discussions to modify the briefing schedule in that case as well and will file a corresponding motion in that case when those discussions have been completed, since the potential *amicus curiae* would likely file a brief in both cases if he filed in one.