**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**

NOW COMES Plaintiff to respectfully request that the Court modify the 23 November 2021 Scheduling Order, as described below. Defendants do not object to this Motion.

Plaintiff has good cause to request this modification. As noted in Plaintiff's previous motion of this nature, the undersigned has been diligently attempting for several weeks to locate archived court records which are directly relevant to the instant case, but due to coronavirus measures at the courthouse and the National Archives, he has met with only limited success. He last requested an estimated time of arrival from the Clerk's Office on 7 January and was informed that no estimate was possible and that he should "follow up in a couple weeks." Because of the uncertainty of this process and the fact that he has a trial in late February and early March, he has conferred with Defendants' counsel and requests a six-week continuance of all pending deadlines, in the hope that such a lengthy period will be sufficient for the Clerk to obtain and release the requested records. Plaintiff accordingly asks the Court to modify the 23 November Scheduling Order as follows:

- Plaintiff's opposition and, if applicable, any cross-motion: 23 February 2022

- Defendants' reply and opposition: 30 March 2022

- Plaintiff's reply: 27 April 2022

Defendants do not object to this Motion. A proposed Order accompanies this Motion.

Date:   January 12, 2022

                                           Respectfully submitted,

                                           /s/ Kelly B. McClanahan
                                           Kelly B. McClanahan, Esq.
                                           D.C. Bar #984704
                                           National Security Counselors
                                           4702 Levada Terrace
                                           Rockville, MD  20853
                                           301-728-5908
                                           240-681-2189 fax
                                           Kel@NationalSecurityLaw.org

                                           *Counsel for Plaintiff*