**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion to Modify Scheduling Order, and the entire record herein, it is this _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Beryl A. Howell
United States District Judge