UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

NOW COMES Plaintiff to respectfully request that the Court modify the 13 January 2022 Scheduling Order, as described below. Defendants do not object to this Motion.

Plaintiff has good cause to request this modification. As noted in Plaintiff's previous motion of this nature, the undersigned had been diligently attempting for several weeks to locate archived court records which are directly relevant to the instant case, but due to coronavirus measures at the courthouse and the National Archives, he had met with only limited success. He can now report that on 17 February 2022, he finally received those records from the Clerk's Office, and so this is no longer a concern. However, due in large part to the undersigned's trial beginning 28 February about which the undersigned previously informed the Court, he did not receive the records in sufficient time to allow him to use them in preparing his filings in this case according to the current schedule. Accordingly, he has conferred with Defendants' counsel and respectfully asks the Court to modify the 13 January Scheduling Order as follows:

- Plaintiff's opposition and, if applicable, any cross-motion: 16 March 2022
- Defendants' reply and opposition: 27 April 2022
- Plaintiff's reply: 25 May 2022

Defendants do not object to this Motion. A proposed Order accompanies this Motion.

Date:  February 23, 2022

                                                  Respectfully submitted,

                                                  /s/ Kelly B. McClanahan
                                                  Kelly B. McClanahan, Esq.
                                                  D.C. Bar #984704
                                                  National Security Counselors
                                                  4702 Levada Terrace
                                                  Rockville, MD  20853
                                                  301-728-5908
                                                  240-681-2189 fax
                                                  Kel@NationalSecurityLaw.org

                                                  *Counsel for Plaintiff*