UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-02198 (BAH) |
| | * | |
| MARK WARNER, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff to respectfully request a two-day enlargement, until 18 March 2022, of his deadline to respond to Defendants' Motion to Dismiss, Dkt. #5. Defendants do not object to this Motion.

Plaintiff has good cause to request this modification. As the Court is aware, the undersigned was engaged in a jury trial until last week which took most of his available time. Since then, a combination of complications has arisen—including sick children and an unexpected filing deadline—which interfered with the completion of this brief but did not totally derail the progress. As a result, after consulting with Defendants' counsel, Plaintiff requests a brief two-day extension of this filing deadline, with no expected impact on the overall briefing schedule.

Counting motions to set or modify briefing schedules, this can be considered the sixth motion with an impact on filing deadlines. Defendants do not object to this Motion. A proposed Order accompanies this Motion.

Date:   March 16, 2022

                                      Respectfully submitted,

                                      /s/ Kelly B. McClanahan
                                      Kelly B. McClanahan, Esq.
                                      D.C. Bar #984704
                                      National Security Counselors
                                      4702 Levada Terrace
                                      Rockville, MD  20853
                                      301-728-5908
                                      240-681-2189 fax
                                      Kel@NationalSecurityLaw.org

                                      *Counsel for Plaintiff*