**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:21-cv-02198 (BAH) |
| | * |
| MARK WARNER, *et al.*, | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Enlargement of Time Within Which to File His Opposition to Defendants' Motion to Dismiss, and the entire record herein, it is this _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
Beryl A. Howell
United States District Judge