**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | \* |
| Plaintiff, | \* |
| v. | \* Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, et al., | \* |
| Defendants. | \* |

**ORDER**

UPON CONSIDERATION OF Defendants' Motion to Dismiss, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2022,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Beryl A. Howell
United States District Judge