**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S UNOPPOSED *NUNC PRO TUNC* MOTION**
**FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE**
**HIS OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff to respectfully request a retroactive two-day enlargement, until 20 March 2022, of his deadline to respond to Defendants' Motion to Dismiss, Dkt. #5. Plaintiff's filings were due 18 March and were filed as Docket Nos. 14-15 on 20 March. Defendants do not object to this Motion.

Plaintiff requests this modification due to excusable neglect. While the undersigned was able to make significant progress on these filings by Friday, he underestimated the duration of his children's illness and the effect that previously scheduled fixed meetings would have on his progress. As a result, he worked through the weekend to complete the filings and filed them at approximately 5:00 AM on Sunday morning. He then reached out to Defendants' counsel for a position on this extension, and filed it this morning after he received a response sent last night.

Counting motions to set or modify briefing schedules, this can be considered the seventh motion with an impact on filing deadlines. Defendants do not object to this Motion. A proposed Order accompanies this Motion.

Date:   March 21, 2022

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiff*