UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK WARNER and )<br>U.S. SENATE SELECT COMMITTEE )<br>ON INTELLIGENCE, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-02198-BAH |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE

Plaintiff filed a Statement of Material Facts as to Which There Is No Dispute attached to his Cross-Motion for Partial Summary Judgment, ECF No. 15. That statement of material facts, however, included no citations to the record to support the statements made therein as required by local rule. *See* LCvR 7(h)(1) (statement of undisputed material facts "shall include references to the parts of the record relied on to support the statement."); *see also* Fed. R. Civ. P. 56(c) ("A party asserting that a fact cannot be . . . genuinely disputed must support the assertion by . . . citing particular parts of materials in the record[.]"). Plaintiff's statement of material facts fails to comply with the requirements of the local rule and points to no record evidence to support the statements therein; therefore, it cannot serve as the basis for granting partial summary judgment.

Furthermore, defendants dispute that any of the three "facts" plaintiff lists are material to the legal question for which plaintiff seeks partial summary judgment – "the general applicability of the common law right of access to Congressional Committee reports." Plaintiff's Cross-Motion

for Partial Summary Judgment at 1, ECF No. 15.

Finally, it is unclear how the statements offered by plaintiff are "facts" as opposed to legal conclusions. For instance, material fact number 2 states "Republishing information included in a Committee report is not protected by the Speech or Debate Clause." That statement is a legal conclusion, not a "fact."

Respectfully submitted,

/s/ Patricia Mack Bryan
Patricia Mack Bryan, Bar #335463
Senate Legal Counsel

Morgan J. Frankel, Bar #342022
Deputy Senate Legal Counsel

Grant R. Vinik, Bar #459848
Assistant Senate Legal Counsel

Thomas E. Caballero
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel), (202) 224-3391 (fax)

Dated: April 27, 2022                               Attorneys for Defendants

2