UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARK WARNER and )<br>U.S. SENATE SELECT COMMITTEE )<br>ON INTELLIGENCE, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:21-cv-02198-BAH |

**[Proposed] ORDER**

Upon consideration of Plaintiff's Cross-Motion for Partial Summary Judgment, Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Cross-Motion for Partial Summary Judgment, all other papers filed in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Plaintiff's Cross-Motion for Partial Summary Judgment is DENIED.

Dated: _____                           _____
                                               BERYL A. HOWELL
                                               Chief Judge

Notice to:

Patricia Mack Bryan
Morgan J. Frankel
Grant R. Vinik
Thomas E. Caballero
Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250

Attorneys for Defendants


Kelly B. McClanahan, Esq.
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Attorney for Plaintiff