**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *  Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * |
| Defendants. | * |

* * * * * * * * * * * * *

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE HIS REPLY IN SUPPORT OF
<u>PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

NOW COMES Plaintiff to respectfully request a two-day enlargement, until 27 May 2022, of his deadline for filing his Reply supporting his Cross-Motion for Partial Summary Judgment, Dkt. #15. Plaintiff's filings are due 25 May 2022. Defendants do not object to this Motion.

Plaintiff requests this modification due to excusable neglect. The undersigned's youngest child stayed home sick from school today, and his wife was required to work on-site in downtown Washington due to a hearing. As a result, he was unable to perform any significant work on this filing today. While he would normally only ask for a one-day extension in these circumstances, he has a series of unavoidable conflicts tomorrow which mean that he will be unlikely to be able to complete work on this filing until after midnight tomorrow night at the earliest.

Counting motions to set or modify briefing schedules, this can be considered the eighth motion with an impact on filing deadlines, and it is the first motion requesting an extension of

this deadline. Defendants do not object to this Motion. A proposed Order accompanies this

Motion.

Date:   May 25, 2022

                                          Respectfully submitted,

                                           /s/ Kelly B. McClanahan
                                          Kelly B. McClanahan, Esq.
                                          D.C. Bar #984704
                                          National Security Counselors
                                          4702 Levada Terrace
                                          Rockville, MD  20853
                                          301-728-5908
                                          240-681-2189 fax
                                          Kel@NationalSecurityLaw.org

                                          *Counsel for Plaintiff*