**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 1:21-cv-02198 (BAH) |
| MARK WARNER, *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS**

NOW COMES Plaintiff to respectfully request leave of the Court to file a Sur-Reply to Defendants' Motion to Dismiss (filed Oct. 19, 2021).

"The standard for granting a leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). Since Plaintiff already filed a Reply to its Cross-Motion, this brief would do double duty as a Sur-Reply, and the only reason for this Motion is that Defendants' original motion to dismiss is broader in scope than his Cross-Motion. Plaintiff has limited the scope of his final brief to only six pages of responses to specific arguments raised by Defendants in their reply, and there is no prejudice to Defendants, especially since they do not oppose this Motion.

For the foregoing reasons, the Court should grant Plaintiff's reasonable request and consider the brief filed as Dkt. Nos. 20 and 21 to be a sur-reply to Defendants' Motion to Dismiss as well as a reply supporting Plaintiff's Cross-Motion for Partial Summary Judgment. A proposed Order also accompanies this Motion.

Date:   May 27, 2022

                                                     Respectfully submitted,

                                                      /s/ Kelly B. McClanahan
                                                   Kelly B. McClanahan, Esq.
                                                   D.C. Bar #984704
                                                 National Security Counselors
                                                 4702 Levada Terrace
                                                 Rockville, MD  20853
                                                 301-728-5908
                                                 240-681-2189 fax
                                                 Kel@NationalSecurityLaw.org

                                                 *Counsel for Plaintiff*