UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWN MUSGRAVE,<br><br>                Plaintiff,<br><br>     v.<br><br>MARK WARNER, *et al.*,<br><br>                Defendants. | Civil Action No. 21-cv-2198 (BAH)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of defendants' Motion to Dismiss, ECF No. 5, the memoranda submitted in support and opposition, the exhibits thereto, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that defendants' Motion to Dismiss, ECF No. 5, is GRANTED and this case is DISMISSED WITHOUT PREJUDICE; it is further

**ORDERED** that plaintiff's Cross Motion for Partial Summary Judgment, ECF No. 15, is DENIED; and it is further

**ORDERED** that the Clerk of Court shall close this case.

**SO ORDERED.**

Date: September 15, 2022

*This is a final and appealable Order.*

 

_____
BERYL A. HOWELL
Chief Judge